IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TONY LAMMART HARRIS,

    Petitioner,

vs.                                          Case No. 4:07-CV-251-SPM/AK

STATE OF FLORIDA,

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND TRANSFERRING CASE**

    **THIS CAUSE** comes before the Court upon the magistrate judge's "Report and Recommendation to Transfer § 2254 Petition" (doc. 7) dated July 9, 2007. The basis for the recommendation to transfer the case is that the Petitioner is located in the Panama City Division of the Northern District and he is challenging the judgement of the Circuit Court of Seminole County Florida.  The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed.

    Pursuant to Title 28, United States Code, Section 636(b)(1), this court has determined that the report and recommendation should be adopted.

    Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 7) is adopted and incorporated by reference in this order.

2. This case is hereby *transferred* to the United States District Court for the Middle District of Florida for all further proceedings.

3. The Clerk is directed to immediately take all steps necessary to effectuate the transfer.

**DONE AND ORDERED** this <u>sixteenth</u> day of August, 2007.

        *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge